404 A.2d 1350

Gaster v. Elderkin et ux., Appellants.

Elderkin et ux., Appellants, v. Gaster.

Submitted June 12, 1978. John M. Cleary, for appellants; Dale A. Betty, for appellee.

Order affirmed.

CERCONE, P. J., concurred in the result.

JACOBS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.

February 15, 1979

404 A.2d 1351

Commonwealth v. Kastner, Appellant.

Argued October 26, 1978. Dennis J. Clark and with him W. Robert Ament, for appellant; Robert F. Hawk, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, WIEAND and HOFFMAN, JJ.

Judgment of sentence affirmed.

CERCONE, P. J., concurred in the result.